# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  §  Case No. 12-00758-TAB
        §
DANIELA S. BYLAITIS  §
        §
        §
        §
   Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/27/2014, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/04/2014           By:  /s/ David P. Leibowitz
                                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 12-00758-TAB |
|---|---|---|
| | § | |
| DANIELA S. BYLAITIS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $3,500.04
*and approved disbursements of*     $51.28
*leaving a balance on hand of[1]:*     $3,448.76

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $3,448.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $875.01 | $0.00 | $875.01 |
| David P. Leibowitz, Trustee Expenses | $4.13 | $0.00 | $4.13 |
| Lakelaw, Attorney for Trustee Fees | $1,907.50 | $0.00 | $1,907.50 |
| Lakelaw, Attorney for Trustee Expenses | $24.38 | $0.00 | $24.38 |

Total to be paid for chapter 7 administrative expenses:     $2,811.02
Remaining balance:     $637.74

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $637.74

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $637.74

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $25,342.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $2,108.20 | $0.00 | $53.06 |
| 2 | Nicor Gas | $679.66 | $0.00 | $17.10 |
| 3 | Sallie Mae | $11,715.25 | $0.00 | $294.81 |
| 4 | Citibank, N.A. | $5,739.44 | $0.00 | $144.43 |
| 5 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | $1,511.17 | $0.00 | $38.03 |
| 6 | City of Joliet | $843.74 | $0.00 | $21.23 |
| 7 | Portfolio Recovery Associates, LLC/ Sams Club | $2,744.96 | $0.00 | $69.08 |

Total to be paid to timely general unsecured claims: $637.74
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $5,519.59 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 8 | NCEP, LLC, assignee of UNITED DEBT C/O Becket and Lee LLP | $5,519.59 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                              Case No. 12-00758-TAB
Daniela S. Bylaitis                                                 Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mhenley              Page 1 of 2          Date Rcvd: Aug 04, 2014
                              Form ID: pdf006            Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2014.
db          +Daniela S. Bylaitis,    13310 N. Redcoat Drive,    Lemont, IL 60439-8157
aty         +Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
18349991   #+Advance Credit Reports Inc,    PO Box 724,    Matteson, IL 60443-0724
18349992    +BANK OF AMERICA, N.A.,    BAC Home Loans Servicing LP,    Andrew J. Nelson,
              PIERCE & ASSOCIATES, P.C.,    1 North Dearborn, Suite 1300,    Chicago, Illinois 60602-4373
18349994     CAC Financial Corp,    2601 NW Expressway Ste 1000E,    Oklahoma City, OK 73112-7236
18349996     CBCS,   P.O. Box 163250,    Columbus, OH 43216-3250
18350002   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
            (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
              Kansas City, MO 64195)
18349995     Card Member Services/Chase,    PO Box 15153,    Wilmington, DE 19886-5153
18349997    +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
18349998    +Chase,    Home Equity Loan Servicing,    PO Box 24714,    Columbus, OH 43224-0714
18349999     Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
18350000    +Chela,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
18350001     Citi Cards,    Procesing Center,    Des Moines, IA 50363-0001
18350003    +Citicorp Credit Serv/BK Dept,    PO Box 20507,    Kansas City, MO 64195-0507
18350005    +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
18350006    +Codilis & Assoc. PC,    15W030 N. Frontage Rd Ste 100,    Burr Ridge, IL 60527-6921
18350010     Firstsource Advantage LLC,    PO Box 628,    Buffalo, NY 14240-0628
18350013     HSBC Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
18350011    +Harris & Haris Ltd,    222 Merchandise Mart Plaza,    Ste. 1900,    Chicago, IL 60654-1421
18350012     Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
18350014    +Merchants Credit Guide Co.,    223 W. Jackson Blvd.,    Chicago, IL 60606-6914
20351092     NCEP, LLC, assignee of UNITED DEBT,    HOLDINGS, LLC,    c o Becket and Lee LLP,    POB 3001,
              Malvern, PA 19355-0701
18350015     Nationwide Credit Inc,    PO Box 26314,    Lehigh Valley, PA 18002-6314
19852260   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk VA 23541)
18350018    +Pierce & Associates,    1 North Dearborn Street,    Ste 1300,    Chicago, IL 60602-4373
18350019     Powell Law Office PC,    11551 E. Arapahoe Rd., Ste. 160,    Centennial, CO 80112-3833
18350022     T-Mobile,   P.O. Box 742596,    Cincinnati, OH 45274-2596
18350023    +T-Mobile Financial,    PO Box 629025,    El Dorado Hills, CA 95762-9025
18350026     Wells Fargo Home Mortgage,    P.O.Box 5296,    Carol Stream, IL 60197-5296

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19721537       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 05 2014 01:12:41      Citibank, N.A.,
                c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
18350004      +E-mail/Text: customerservice@jolietcity.org Aug 05 2014 01:11:16      City of Joliet,
                150 W. Jefferson St,    Joliet, IL 60432-4158
18350008       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 05 2014 01:21:45      Discover Financial,
                Po Box 8003,    Hilliard, OH 43026
19513265       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 05 2014 01:21:45      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18350007       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 05 2014 01:21:45      Discover Card,    PO Box 6103,
                Carol Stream, IL 60197-6103
18350009      +E-mail/Text: bankruptcy@edward.org Aug 05 2014 01:17:20      Edward Hospital,
                801 South Washington Street,    Naperville, IL 60540-7499
18350017      +E-mail/Text: bankrup@aglresources.com Aug 05 2014 01:10:18      Nicor Gas,    Bankruptcy Department,
                1844 Ferry Road,    Naperville, IL 60563-9662
18350016      +E-mail/Text: bankrup@aglresources.com Aug 05 2014 01:10:18      Nicor Gas,
                Attention: Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
19541082      +E-mail/Text: bankrup@aglresources.com Aug 05 2014 01:10:18      Nicor Gas,    Po box 549,
                Aurora Il 60507-0549
19748917      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 05 2014 01:12:25
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
18350020      +E-mail/PDF: pa_dc_claims@navient.com Aug 05 2014 01:12:50      Sallie Mae,    Attn: Correspondence,
                P.O. Box 9500,    Wilkes Barre, PA 18773-9500
19669648      +E-mail/PDF: pa_dc_claims@navient.com Aug 05 2014 01:12:50      Sallie Mae,    c/o Sallie Mae Inc.,
                220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
18350021      +E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2014 01:12:22      Sams Club,
                Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
18350024       E-mail/Text: vci.bkcy@vwcredit.com Aug 05 2014 01:16:39      Volkswagen Credit,    PO Box 17497,
                Baltimore, MD 21297-1497
18350025      +E-mail/Text: vci.bkcy@vwcredit.com Aug 05 2014 01:16:39      Volkswagen Credit Inc.,
                Bankruptcy Dept,    9441 LBJ Freeway, Ste.250,    Dallas, TX 75243-4640
                                                                                              TOTAL: 15
```

```
District/off: 0752-1          User: mhenley               Page 2 of 2                  Date Rcvd: Aug 04, 2014
                              Form ID: pdf006             Total Noticed: 44
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18349993    ##+Baker & Miller PC,   29 N. Wacker Dr., Ste. 500,   Chicago, IL 60606-3227
                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2014 at the address(es) listed below:
          Andrew J Nelson    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
           LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP. anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Christopher M Brown    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC
           Home Loans Servicing, L.P. northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
          Christopher M Brown    on behalf of Creditor    Bank of America, N.A.
           northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Gloria C  Tsotsos    on behalf of Creditor    JPMorgan Chase Bank, National Association
           nd-two@il.cslegal.com
          Gloria C  Tsotsos    on behalf of Creditor    Wells Fargo Bank, NA nd-two@il.cslegal.com
          Gloria M Longest    on behalf of Debtor Daniela S. Bylaitis glongest@cbcast.com,
           glongst@cbcast.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor    Wells Fargo Bank, NA ND-Two@il.cslegal.com
                                                                                             TOTAL: 10
```