## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-00758-TAB |
| | § | |
| DANIELA S. BYLAITIS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $667,478.48 | Assets Exempt: | $22,450.00 |
| Total Distributions to Claimants: | $637.74 | Claims Discharged Without Payment: | $60,452.98 |
| Total Expenses of Administration: | $2,862.30 | | |

3) Total gross receipts of $3,500.04 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,500.04 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $760,639.08 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,862.30 | $2,862.30 | $2,862.30 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $43,072.14 | $30,862.01 | $30,862.01 | $637.74 |
| **Total Disbursements** | $803,711.22 | $33,724.31 | $33,724.31 | $3,500.04 |

4).  This case was originally filed under chapter 7 on 01/11/2012.  The case was pending for 34 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/15/2014</u>          By:   <u>/s/ David P. Leibowitz</u>
                                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2005 Volkswagen Jetta | 1129-000 | $3,500.04 |
| **TOTAL GROSS RECEIPTS** | | $3,500.04 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Home Loans Servicing LP | 4110-000 | $74,099.43 | $0.00 | $0.00 | $0.00 |
| | BAC Home Loans Servicing LP | 4110-000 | $100,759.26 | $0.00 | $0.00 | $0.00 |
| | Chase | 4110-000 | $74,921.96 | $0.00 | $0.00 | $0.00 |
| | Chase Home Finance | 4110-000 | $184,609.89 | $0.00 | $0.00 | $0.00 |
| | Volkswagen Credit | 4110-000 | $7,398.48 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $81,691.11 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $102,431.99 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $134,726.96 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $760,639.08 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $875.01 | $875.01 | $875.01 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.13 | $4.13 | $4.13 |
| Green Bank | 2600-000 | NA | $51.28 | $51.28 | $51.28 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,907.50 | $1,907.50 | $1,907.50 |
| Lakelaw, Attorney for | 3120-000 | NA | $24.38 | $24.38 | $24.38 |

| Trustee | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $2,862.30 | $2,862.30 | $2,862.30 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $2,319.02 | $2,108.20 | $2,108.20 | $53.06 |
| 2 | Nicor Gas | 7100-000 | $355.11 | $679.66 | $679.66 | $17.10 |
| 3 | Sallie Mae | 7100-000 | $0.00 | $11,715.25 | $11,715.25 | $294.81 |
| 4 | Citibank, N.A. | 7100-900 | $5,565.00 | $5,739.44 | $5,739.44 | $144.43 |
| 5 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | 7100-900 | $1,448.75 | $1,511.17 | $1,511.17 | $38.03 |
| 6 | City of Joliet | 7100-000 | $411.55 | $843.74 | $843.74 | $21.23 |
| 7 | Portfolio Recovery Associates, LLC/ Sams Club | 7100-900 | $2,744.00 | $2,744.96 | $2,744.96 | $69.08 |
| 8 | NCEP, LLC, assignee of UNITED DEBT C/O Becket and Lee LLP | 7200-000 | $0.00 | $5,519.59 | $5,519.59 | $0.00 |
| | Advance Credit Reports Inc | 7100-000 | $95.00 | $0.00 | $0.00 | $0.00 |
| | CBCS | 7100-000 | $108.47 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $9,957.63 | $0.00 | $0.00 | $0.00 |
| | Chela | 7100-000 | $9,255.00 | $0.00 | $0.00 | $0.00 |
| | Chela | 7100-000 | $1,964.00 | $0.00 | $0.00 | $0.00 |
| | Chela | 7100-000 | $965.00 | $0.00 | $0.00 | $0.00 |
| | City of Joliet | 7100-000 | $71.31 | $0.00 | $0.00 | $0.00 |
| | City of Joliet | 7100-000 | $214.01 | $0.00 | $0.00 | $0.00 |
| | Edward Hospital | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | Harris & Haris Ltd | 7100-000 | $521.07 | $0.00 | $0.00 | $0.00 |
| | Nicor Gas | 7100-000 | $173.00 | $0.00 | $0.00 | $0.00 |
| | Nicor Gas | 7100-000 | $201.95 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Powell Law Office PC | 7100-000 | $6,438.41 | $0.00 | $0.00 | $0.00 |
| T-Mobile Financial | 7100-000 | $163.86 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $43,072.14 | $30,862.01 | $30,862.01 | $637.74 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | |
|---|---|---|---|
| Case No.: | 12-00758-TAB | Trustee Name: | David Leibowitz |
| Case Name: | BYLAITIS, DANIELA S. | Date Filed (f) or Converted (c): | 01/11/2012 (f) |
| For the Period Ending: | 12/15/2014 | §341(a) Meeting Date: | 02/23/2012 |
| | | Claims Bar Date: | 12/26/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 13310 N. Red Coat Drive Lemont, IL 60439 | $240,000.00 | $40,390.11 | | $0.00 | FA |
| 2 | 13310 Red Coat Drive Lemont, IL 60439 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | 310 South Joliet Street Joliet, IL 60436 | $50,000.00 | $0.00 | | $0.00 | FA |
| 4 | 329 S. Joliet Joliet, IL 60436 | $0.00 | Unknown | | $0.00 | FA |
| 5 | 1315 N. Broadway St. Joliet, IL 60435 | $121,944.00 | $0.00 | | $0.00 | FA |
| 6 | 127 South Independence Avenue Joliet, IL | $123,555.00 | $49,455.57 | | $0.00 | FA |
| 7 | 129 Independence Avenue Joliet, IL | $133,081.00 | $32,321.74 | | $0.00 | FA |
| 8 | 408 Fairmont, Joliet, IL (Lot) Sold for back taxes | $6,500.00 | $6,500.00 | | $0.00 | FA |
| **Asset Notes:** | Lot listed for sale.  No offers have been received. | | | | | |
| 9 | Cash on hand | $5.00 | $0.00 | | $0.00 | FA |
| 10 | Checking account | $1,000.00 | $0.00 | | $0.00 | FA |
| 11 | Furniture | $1,000.00 | $0.00 | | $0.00 | FA |
| 12 | Clothing | $50.00 | $0.00 | | $0.00 | FA |
| 13 | Costume jewelry | $10.00 | $0.00 | | $0.00 | FA |
| 14 | Pension | $1,000.00 | $0.00 | | $0.00 | FA |
| 15 | 2009 Volkswagen Rabbit | $9,127.00 | $0.00 | | $0.00 | FA |
| 16 | 2005 Volkswagen Jetta | $3,500.00 | $3,543.52 | | $3,500.04 | |
| **Asset Notes:** | Debtor paying on asset. | | | | | |
| 17 | 2000 Dodge Durango | $200.00 | $0.00 | | $0.00 | FA |

| | | | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $690,972.00 | $132,210.94 | | | $3,500.04 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/26/2014 | TFR completed for Trustee's review. |
| 09/16/2013 | Need motion to sell - then TFR |
| 09/12/2013 | We are not selling vacant land - tfr |
| 06/25/2013 | Debtor paid for equity on Jetta |
| 02/28/2013 | Selling Vacant land - The redemption period expired May 20, 2013 - The broker hasn't received any offers |
| | Selling vacant land at 408 Fairmont Avenue - Employed Broker |
| | Debtor is paying equity in Jetta |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2014 | DAVID LEIBOWITZ |

Page No:1

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 12-00758-TAB | | | Trustee Name: | | David Leibowitz |
| Case Name: | BYLAITIS, DANIELA S. | | | Bank Name: | | Green Bank |
| Primary Taxpayer ID #: | **-***5128 | | | Checking Acct #: | | ******5801 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 1/11/2012 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 12/15/2014 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/25/2012 | (16) | DANIELA BYLAITIS | Payment 1 of 12 equity on Vehicle | 1129-000 | $291.67 | | $291.67 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.07 | $291.60 |
| 10/22/2012 | (16) | DANIELA BYLAITIS | Payment | 1129-000 | $291.67 | | $583.27 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.57 | $582.70 |
| 11/20/2012 | (16) | DANIELA BYLAITIS | Payment | 1129-000 | $291.67 | | $874.37 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.12 | $873.25 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.31 | $871.94 |
| 01/10/2013 | (16) | DANIELA BYLAITIS | Payment | 1129-000 | $291.67 | | $1,163.61 |
| 01/22/2013 | (16) | DANIELA BYLAITIS | payment | 1129-000 | $291.67 | | $1,455.28 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.86 | $1,453.42 |
| 02/26/2013 | (16) | DANIELA BYLAITIS | Payment | 1129-000 | $291.67 | | $1,745.09 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.14 | $1,742.95 |
| 03/22/2013 | (16) | DANIELA BYLAITIS | Payment | 1129-000 | $291.67 | | $2,034.62 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.91 | $2,031.71 |
| 04/12/2013 | (16) | DANIELA BYLAITIS | Payment | 1129-000 | $291.67 | | $2,323.38 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.41 | $2,319.97 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.98 | $2,315.99 |
| 06/26/2013 | (16) | DANIELA BYLAITIS | Payment | 1129-000 | $291.67 | | $2,607.66 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.42 | $2,604.24 |
| 07/23/2013 | (16) | DANIELA BYLAITIS | Payment RE: Equity on vehicle. | 1129-000 | $291.67 | | $2,895.91 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.30 | $2,891.61 |
| 08/22/2013 | (16) | DANIELA BYLAITIS | Payment RE: Equity on vehicle. | 1129-000 | $291.67 | | $3,183.28 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.13 | $3,178.15 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.12 | $3,173.03 |
| 12/30/2013 | (16) | Charles Rozhon | Payment for equity on Jetta | 1129-000 | $291.67 | | $3,464.70 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.97 | $3,459.73 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.94 | $3,453.79 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.03 | $3,448.76 |
| 08/28/2014 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $875.01 | $2,573.75 |
| 08/28/2014 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.13 | $2,569.62 |
| 08/28/2014 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 1,907.50; Amount Allowed: 1,907.50;  Distribution Dividend: 100.00; | 3110-000 | | $1,907.50 | $662.12 |
| 08/28/2014 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 24.38; Amount Allowed: 24.38;  Distribution Dividend: 100.00; | 3120-000 | | $24.38 | $637.74 |
| 08/28/2014 | 3005 | Nicor Gas | Claim #: 2; Amount Claimed: 679.66; Amount Allowed: 679.66;  Distribution Dividend: 2.52; | 7100-000 | | $17.10 | $620.64 |
| 08/28/2014 | 3006 | Sallie Mae | Claim #: 3; Amount Claimed: 11,715.25; Amount Allowed: 11,715.25; Distribution Dividend: 2.52; | 7100-000 | | $294.81 | $325.83 |
| | | | **SUBTOTALS** | | $3,500.04 | $3,174.21 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-00758-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BYLAITIS, DANIELA S. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5128 | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/11/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/28/2014 | 3007 | City of Joliet | Claim #: 6; Amount Claimed: 843.74; Amount Allowed: 843.74;  Distribution Dividend: 2.52; | 7100-000 | | $21.23 | $304.60 |
| 08/28/2014 | 3008 | Portfolio Recovery Associates, LLC/ Sams | Claim #: 7; Amount Claimed: 2,744.96; Amount Allowed: 2,744.96;  Distribution Dividend: 2.52; | 7100-900 | | $69.08 | $235.52 |
| 08/28/2014 | 3009 | Citibank, N.A. | Claim #: 4; Amount Claimed: 5,739.44; Amount Allowed: 5,739.44;  Distribution Dividend: 2.52; | 7100-900 | | $144.43 | $91.09 |
| 08/28/2014 | 3010 | PYOD, LLC its successors and assigns as assignee of | Claim #: 5; Amount Claimed: 1,511.17; Amount Allowed: 1,511.17;  Distribution Dividend: 2.52; | 7100-900 | | $38.03 | $53.06 |
| 08/28/2014 | 3011 | Discover Bank | Claim #: 1; Amount Claimed: 2,108.20; Amount Allowed: 2,108.20;  Distribution Dividend: 2.52; | 7100-900 | | $53.06 | $0.00 |
| | | | **TOTALS:** | | $3,500.04 | $3,500.04 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,500.04 | $3,500.04 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,500.04 | $3,500.04 | |

**For the period of 1/11/2012 to 12/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $3,500.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,500.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,500.04 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,500.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/25/2012 to 12/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $3,500.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,500.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,500.04 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,500.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 12-00758-TAB | Trustee Name: | David Leibowitz |
| Case Name: | BYLAITIS, DANIELA S. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5128 | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/11/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,500.04 | $3,500.04 | $0.00 |

**For the period of 1/11/2012 to 12/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $3,500.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,500.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,500.04 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,500.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/11/2012 to 12/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $3,500.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,500.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,500.04 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,500.04 |
| Total Internal/Transfer Disbursements: | $0.00 |